RECEIVED
BY MAIL

MAY 23 2002

CLERK US DIST COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-CV462 JRT/SRN

Case Title: Concept Financial Group vs. A IT Worldwide Logistics

**Affidavit of Movant**

I, MARK S. OLSON, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice EDWARD J. LESNIAK, an attorney admitted to practice in the NORTHERN District of ILLINOIS, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant AIT WORLDWIDE LOGISTICS INC in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[Signature] Mark S. Olson — Signature

0082120 — MN Attorney License #

5/22/02 — Date

**Affidavit of Proposed Admittee**

I, EDWARD J. LESNIAK, am currently a member in good standing of the U.S. District Court for the NORTHERN District of ILLINOIS *, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

EDWARD J. LESNIAK — Type/Print Name

[Signature] — Signature

May 15, 2002 — Date

* I AM ALSO ~~LICENSED~~ ADMITTED IN THE CENTRAL DISTRICT OF ILLINOIS, THE U.S. BANKRUPTCY COURT IN MASSACHUSSETTS, EASTERN DIVISION, AND THE STATE OF ILLINOIS

Attorney License Number: __________

Law Firm Name & Address: BURKE, WARREN, MACKAY & SERRITELLA, P.C., 330 NORTH WABASH, 22 ND FLOOR, CHICAGO, ILLINOIS 60611

Telephone: (312) 840-7000

Motion Granted: [Signature]
For the Court: Richard D. Sletten, Clerk

MAY 23 2002 — Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

(Prohacvice.wpd) (9/01)