ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Concept Financial Group, Inc.,

Plaintiff,

vs.

AIT Worldwide Logistics, Inc.,

Defendant.

**Court File No. 02-CV-462 JRT/SRN**

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel:

1. Plaintiff's Complaint against Defendant AIT Worldwide Logistics, Inc. be dismissed with prejudice and without costs being taxed against any party; and,

2. This Court shall retain jurisdiction of this matter for the sole purpose of enforcing the parties' Settlement Agreement.

IT IS FURTHER AGREED that any party may have judgment of dismissal entered without notice to any other party.

Date: September 24, 2002

**OPPENHEIMER WOLFF & DONNELLY LLP**

By [signature]
Mark S. Olson #82120

3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Fax Telephone No.: (612) 607-7100
E-Mail: *molson@oppenheimer.com*

**ATTORNEYS FOR DEFENDANT**

FILED NOV 08 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED NOV 08 2002
DEPUTY CLERK'S INITIALS

Date: 10/22/02

KALINA, WILLS, GISVOLD & CLARK, P.L.L.P.

By ________________________________
Michael C. Glover #185401

6160 Summit Drive, Suite 560
Minneapolis, Minnesota 55430
Telephone: (612) 789-9000

**ATTORNEYS FOR PLAINTIFF**

**ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to the Stipulation executed by counsel herein:

1. Plaintiff's Complaint against Defendant AIT Worldwide Logistics, Inc. is hereby dismissed with prejudice and without costs being taxed against any party; and,

2. This Court retains jurisdiction of this matter for the sole purpose of enforcing the parties' Settlement Agreement.

Let Judgment Be Entered Accordingly.

Dated this 8th day of November, 2002.

BY THE COURT:

________________________________
Honorable ~~John R. Tunheim~~
Judge of United States District Court
Joan Ericksen Lancaster